UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                    :
MICHAEL STEWART,                                    :
                                                    :
                          Petitioner,               :
                                                    :                25-CV-4246 (JMF)
            -v-                                      :
                                                    :                ORDER
MARIEJOSEE KING, *Superintendent*, *Clinton         :
Correctional Facility*,                             :
                                                    :
                          Respondent.               :
                                                    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Respondent is hereby ORDERED to email a copy of the videotaped interrogation of Petitioner Michael Stewart, *see* ECF Nos. 21-1; 21-2; 21-3, to Chambers at Furman_NYSDChambers@nysd.uscourts.gov no later than **January 9, 2026.**  If, due to its file size, the video cannot be emailed, counsel should contact Chambers to obtain a link that can be used to upload the file.

      SO ORDERED.

Dated: January 7, 2026
     New York, New York
                                 JESSE M. FURMAN
                              United States District Judge