UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

MICHAEL STEWART,                        :

                      Petitioner,     :

                             :        25-CV-4246 (JMF)

       -v-                    :

                             :           ORDER

MARIEJOSEE KING, *Superintendent*, *Clinton*  :
*Correctional Facility*,                :

                       :

                    Respondent.    :

                             :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Petitioner is hereby ORDERED to file a copy of Respondent's memorandum in opposition to the C.P.L § 440 motion, *see* ECF No. 2, at 18 n.6., on the docket no later than **tomorrow, January 13, 2026 at 10:00 a.m.**

       SO ORDERED.

Dated:  January 12, 2026
        New York, New York                                                                                     
                                            JESSE M. FURMAN
                                    United States District Judge