**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL STEWART,

                        Petitioner,              25 **CIVIL** 4246 (JMF)

      -against-                           **<u>JUDGMENT</u>**

MARIEJOSEE KING, Superintendent,
Clinton Correctional Facility,

                       Respondent.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2026, the Writ of Habeas Corpus is GRANTED. Respondent is ordered to release Stewart within ninety days of the date of the Opinion and Order, unless the State declares its intention, within those ninety days, to retry Stewart on the charges against him; accordingly, the case is closed.

**DATED:** New York, New York
          January 29, 2026

                                     **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

             **BY:**     _Negam Dulal_
                                     _____
                                       **Deputy Clerk**